IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNYLVANIA

| | | |
|---|---|---|
| SUNLUST PICTURES LLC, | : | Civil Action No. 5:12-cv-05423 |
| Plaintiff, | : | |
| v. | : | |
| ANDREW BURDZIAK, | : | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | : | |
| | : | |
| | : | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Defendant in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully Submitted,

**DATED: December 28, 2012**

By:    /s/ Daniel G. Ruggiero

Daniel G. Ruggiero, Esq.
P.O. Box 291
Canton, MA 02021
Telephone: (339) 237-0343
Fax: (339) 707-2808
*Attorney for Plaintiff*